# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

149370(110)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BRUCE WHITMAN,
       Plaintiff-Appellant,

v

CITY OF BURTON and CHARLES SMILEY,
       Defendants-Appellees.
_____/

SC: 149370
COA: 294703
Genesee CC: 08-087993-CL

       On order of the Chief Justice, the motion of the defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if filed on or before July 15, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

_____